# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00276-CV

**Appellant, Gulf Coast Coalition of Cities//Cross-Appellant, Railroad Commission of Texas**

**v.**

**Appellee, Railroad Commission of Texas//Cross-Appellee, Gulf Coast Coalition of Cities**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GN-11-003092, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion requesting that this appeal be dismissed.  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Joint Motion

Filed:   June 20, 2014